IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| RUBEN ROCHA | § | |
| VS. | § | CIVIL ACTION NO.   1:04cv668 |
| RUDY CHILDRESS | § | |

### FINAL JUDGMENT

This action came on before the Court, Honorable Thad Heartfield, District Judge, presiding, and, the issues having been duly considered and a decision having been duly rendered, it is

**ORDERED** and **ADJUDGED** that this petition for writ of habeas corpus is **DISMISSED**.

All motions not previously ruled on are hereby **DENIED**.

**SIGNED** this the 14 day of **June, 2005.**

_____
Thad Heartfield
United States District Judge